THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| MIGUEL JACKSON, | : | |
| --- | --- | --- |
| | : | |
| Plaintiff, | : | Civil Action |
| | : | No. 5:17-cv-325-CAR-MSH |
| v. | : | |
| | : | |
| JUNE BISHOP, *et al.*, | : | |
| | : | |
| Defendants. | : | |

## ORDER ON RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Currently before the Court is the Order and Recommendation of the United States Magistrate Judge to dismiss without prejudice Plaintiff's deliberate indifference to safety claim against Defendant William Powell for failure to state a claim, and to deny Plaintiff's motion for a preliminary injunction and temporary restraining order for failure to show a substantial likelihood of success on the merits. Plaintiff has not filed an objection to the Recommendation. This Court agrees with the findings and conclusions of the Order and Recommendation, and thus, it [Doc. 11] is **ADOPTED AND MADE THE ORDER OF THE COURT**. Plaintiff's deliberate indifference to safety claim against Defendant William Powell is **DISMISSED WITHOUT PREJUDICE**, and Plaintiff's Motion for a Preliminary Injunction and Temporary Restraining Order [Doc. 5] is **DENIED**. As set forth in the Order and Recommendation, Plaintiff's remaining

claims may proceed forward.

**SO ORDERED**, this 9th day of November, 2017.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

SSH